## FIRST DEPARTMENT, SEPTEMBER, 1978

### (September 7, 1978)

■ In the Matter of ARMANDO MONTANO, Appellant, v ANTHONY SADOW-SKI et al., Constituting the Board of Elections of the City of New York, Respondents, and DAMARIS RIVERA, Respondent.—Judgment, Supreme Court, Bronx County, entered on September 6, 1978, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Silverman, Evans, Lynch and Sandler, JJ.

### (September 14, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK PEREZ, Appellant.—Judgment, Supreme Court, New York County, rendered on September 9, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. We consider appellant's *pro se* contention of excessiveness of sentence equally frivolous. Concur—Kupferman, J. P., Evans, Fein, Lynch and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ALFRED BROWN, Appellant.—Judgment, Supreme Court, New York County, rendered on July 12, 1976, unanimously affirmed. (See *People v Ray,* 62 AD2d 772.) No opinion. Concur—Kupferman, J. P., Evans, Fein, Lynch and Sandler, JJ.

### (September 19, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL SAEZ, Appellant.—Judgment, Supreme Court, New York County, rendered on July 26, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with the appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Lane, Markewich, Lynch and Sullivan, JJ.